## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | No. 418 EAL 2016 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SERGE VLADIMIRSKY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.